IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MICHAEL RANKINS,        )
                        )
       Plaintiff,       )
v.                      )    Civil Action No. 3:17CV288–HEH
                        )
FARMVILLE CITY, *et al.*, )
                        )
       Defendants.      )

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

By Memorandum Order entered on May 15, 2017, the Court conditionally docketed Plaintiff's action. On May 23, 2017, the United States Postal Service returned the May 15, 2017 Memorandum Order to the Court marked, "RETURN TO SENDER." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                            /s/
                              HENRY E. HUDSON
Date: May 26 2017             UNITED STATES DISTRICT JUDGE
Richmond, Virginia